# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DREW HOCHHALTER,<br><br>Defendant. | CR 20-54-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 22) pursuant to Fed. R. Crim. P. 48(a), and for good cause shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**. All deadlines and the trial currently scheduled for May 24, 2021 at 9:00 a.m., are **VACATED**.

DATED this 8th day of April, 2021.

SUSAN P. WATTERS
United States District Court Judge

1